**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Ignacio MANJARRES–ARCE, Defendant-Appellant.**

**No. 74-1589.**

United States Court of Appeals, Ninth Circuit.

Aug. 23, 1974.

Certiorari Denied Jan. 13, 1975. See 95 S.Ct. 788.

Frank M. Mangan (argued), Federal Defenders, Inc., San Diego, Cal., for defendant-appellant.

William A. Bower, Asst. U. S. Atty., (argued), San Diego, Cal., for plaintiff-appellee.

1. Lewis v. Howard, 374 F.Supp. 446 (D.C.W.D.Va.1974).

Before CHAMBERS and GOODWIN, Circuit Judges, and COPPLE,* District Judge.

### ORDER AFFIRMING

The judgment appealed from is affirmed for the reasons stated by District Judge Enright in his opinion denying the motion for reduction of the sentence imposed by the magistrate. 382 F.Supp. 1046 (D.C.So.D.Cal.1974).